UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ARMINDA VALLES-HALL**<br>107 N. Manchester Street<br>Arlington, VA 22203-1115<br><br>　　　　　Plaintiff<br><br>**CENTER FOR NONPROFIT ADVANCEMENT**<br>1666 K Street, N.W., Suite 440<br>Washington, DC 20006<br><br>　　　　　Defendant | Civil No.<br><br>D.C. Superior Court<br>No. 05-7238 (Wright, J.) |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441, *et seq.*, Center for Nonprofit Advancement ("Center"), defendant in an action pending in the Superior Court of the District of Columbia ("Superior Court") styled *Arminda Valles-Hall v. Center for Nonprofit Advancement*, Civil No. 05-7238, hereby removes said action from the Superior Court to the United States District Court for the District of Columbia.

As grounds for removal, the Center states as follows:

1. The Center is a District of Columbia nonprofit corporation maintaining its principal place of business in the District of Columbia.

2. On September 8, 2005, plaintiff Arminda Valles-Hall ("Valles-Hall"), a former employee of the Center, filed suit against the Center alleging violations of the District of

Columbia Human Rights Act and other state law claims. No federal law claims were then alleged and the suit was not then otherwise removable.

3. On March 31, 2006 Valles-Hall filed motion with the Superior Court for leave to file a First Amended Complaint. The First Amended Complaint would, among other things, add claims for alleged violations of 42 U.S.C. § 1981

4. By Order docketed April 27, 2006, the Superior Court granted Valles-Hall's motion for leave to file a First Amended Complaint.

5. Copies of all pleadings and orders on file in the Superior Court are attached hereto as follows:

| Attach. # | Title | Date Filed or Deemed Filed |
|---|---|---|
| 1 | Complaint | 09/08/05 |
| 2 | Initial Order | 09/08/05 |
| 3 | Answer | 11/16/05 |
| 4 | Scheduling Order | 12/09/05 |
| 5 | Order Granting in Part and Denying in Part Plaintiff's Motion to Amend and for Jury Trial | 04/27/06 |
| 6 | First Amended Complaint | 04/27/06 |
| 7 | Order Granting Leave to Amend Answer | 04/27/06 |
| 8 | Amended Answer | 04/27/06 |

6. The Superior Court action is removable pursuant to 28 U.S.C. § 1441(b) (first sentence) in that (a) this Court has original jurisdiction over Valles-Hall's claims under 42 U.S.C. § 1981 pursuant to 28 U.S.C. § 331, and (b) this Court may exercise supplemental jurisdiction over Valles-Hall's state law claims pursuant to 28 U.S.C. § 1367.

7. This Notice of Removal is being filing within the time limit set forth in 28 U.S.C. § 1446(b).

        Respectfully submitted,

        OPPENHEIMER, FLEISCHER & QUIGGLE, P.C.

By /s/ _____
        Charles H. Fleischer, D.C. Bar. No. 4341

7700 Old Georgetown Road, Suite 800
Bethesda, MD 20814
tel (301) 986-4056 / fax (301) 951-0555
e-mail cfleischer@ofqlaw.com

*Attorneys for defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Notice (without attachments) was served on all other attorneys of record and unrepresented parties by mailing a copy thereof, first-class postage prepaid, this 2nd day of May, 2006, addressed as follows:

> Donald M. Temple, Esq.
> 1229 15th Street, N.W.
> Washington, DC 20005

and I FURTHER CERTIFY that the foregoing Notice (without attachments) is being served on the clerk of the court from which this action is being removed by hand-delivering two copies thereof, this 2nd day of May, 2006, to:

> Clerk
> Superior Court of the District of Columbia
> Civil Division
> 500 Indiana Avenue, N.W.
> Washington, DC 20001

Charles H. Fleischer