# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division



| | | |
|---|---|---|
| ARMINDA VALLES-HALL, | ) | |
| Plaintiff | ) | Civil Action No. 05-7238 |
| v | ) | Judge Melvin R. Wright |
| CENTER FOR NONPROFIT ADVANCEMENT, | ) | Next Court Date: 12-9-05 Scheduling Conference |
| Defendant | ) | |

### ANSWER

Defendant Center for Nonprofit Advancement (the "Center"), by its attorneys, denies all liability to plaintiff Arminda Valles-Hall ("Hall") and answers Hall's complaint as follows:

### *First Defense*

The complaint fails to state any claim upon which relief can be granted.

### *Second Defense*

The Center specifically answers the enumerated allegations of the complaint as follows, any allegation not so answered being denied:

1-2. The Center admits that if the complaint states a good claim, the Court has jurisdiction over the subject matter thereof and that venue lies in this Court.

3. The Center admits that Hall was employed by the Center, then known as the "Washington Council of Agencies," from April 21, 2003 until February 14, 2005. The Center denies, for lack of sufficient knowledge or information, allegations as to Hall's ancestry and current residence.

4. The Center admits that the Center is a non-profit, tax-exempt membership organization with its sole offices in the District of Columbia.

5. The Center admits that Hall was hired in April 2003 but denies that Hall's title was Director of the Center for Non-profit Learning and Leadership.

6. Denied for lack of sufficient knowledge or information.

7. In answer to the allegations in paragraph 7, the Center adopts by reference the Personnel Review Form dated June 26, 2003, attached hereto as Exhibit A, and it denies any allegations inconsistent therewith.

8. Admitted.

9. The Center admits that its then Director of External Relations was assigned to organize the event referred to in paragraph 9 and that Hall and other employees worked on the event.

10. Denied.

11. Denied.

12. The Center admits that the conference was successful. The remaining allegations in paragraph 12 are denied for lack of sufficient knowledge or information.

13. The Center admits that the employee referred in paragraph 13 to was terminated. The remaining allegations in paragraph 13 are denied.

14. The Center admits that Hall's predecessor was bi-lingual (English and Spanish) and that she was educated in Puerto Rico. The remaining allegations in paragraph 14 are denied.

15. The Center admits that the former employee referred to in paragraph 15 was terminated. The remaining allegations in paragraph 13 are denied.

16. Denied.

7-20. The Center admits that Hall was evaluated in July 2004. In further answer to the allegations in paragraph 7, the Center adopts by reference the Personnel Review Form dated July 7, 2004, attached hereto as Exhibit B, and the Center denies any allegations inconsistent therewith. The Center denies that Hall was never previously counseled with regard to her performance or behavioral deficiencies.

21-22. Denied.

23. The Center admits that Hall complained about her evaluation. The remaining allegations in paragraph 23 are denied.

24. The Center admits that the Center, through the chairperson of its Board of Directors, conducted an investigation of Hall's complaints and found no discrimination.

25. Denied.

26. The Center admits that Hall filed a charge of discrimination with the District of Columbia Office of Human Rights, but it denies that the charge was filed on September 30, 2004.

27. Denied.

28. The Center admits that Hall resigned on February 14, 2005. The remaining allegations in paragraph 28 are denied.

29-30. Denied.

31. In answer to the allegations in paragraph 31, the Center adopts by reference its answers to the allegations in paragraphs 1 through 30.

32. Denied.

33. Denied for lack of sufficient knowledge or information.

34-35. Denied.

36. In answer to the allegations in paragraph 36, the Center adopts by reference its answers to the allegations in paragraphs through 35.

37. Denied.

38. Denied for lack of sufficient knowledge or information.

39-40. Denied.

41 In answer to the allegations in paragraph 41, the Center adopts by reference its answers to the allegations in paragraphs 1 through 40.

42. The Center admits that Hall complained about her co-workers but the Center denies that Hall's complaints were well-founded.

43. Denied.

44. Denied.

45. In answer to the allegations in paragraph 45, the Center adopts by reference its answers to the allegations in paragraphs 1 through 44.

46. Denied.

47. The Center admits that effective February 12, 2005, it restricted Hall's access to the Center's offices. The remaining allegations in paragraph 47 are denied.

48. Denied.

49. In answer to the allegations in paragraph 49, the Center adopts by reference its answers to the allegations in paragraphs 1 through 48.

50. Admitted.

51. The Center admits that Hall complained of discrimination, but it denies that Hall's complaints were well-founded and it denies that Hall's complaints were ignored.

52-53. Denied.

54. In answer to the allegations in paragraph 54, the Center adopts by reference its answers to the allegations in paragraphs through 53.

55. The allegations in paragraph 55 are conclusions of law to which no answer is required, but if an answer thereto is required, the same are denied.

56-57. Denied.

### Third Defense

Some or all of Hall's purported claims are barred by limitations, laches or both.

### Fourth Defense

Hall has failed to mitigate her damages, if any.

### Fifth Defense

To the extent Hall's complaint purports to assert equitable claims, such claims are barred under the doctrine of unclean hands.

### Sixth Defense

Hall is estopped from asserting any claim by reason of her breach of a confidentiality agreement entered into during mediation before the District of Columbia Office of Human Rights.

### Seventh Defense

Hall was an at-will employee of the Center who was subject to termination by the Center at any time for any reason or for no reason.

### Eighth Defense

But for Hall's resignation, Hall would have been terminated by the Center for insubordination; excessive, unexcused absences; multiple, serious performance deficiencies; and multiple, serious instances of misconduct.

WHEREFORE, the Center prays as follows:

A. That the complaint be dismissed with prejudice or that judgment be entered in the Center's favor and against Hall, denying any relief to Hall.

B. That the Center be awarded its costs of suit, including attorneys' fees.

C. That the Court grant the Center such other relief as justice may require.

Respectfully submitted,

OPPENHEIMER, FLEISCHER & QUIGGLE, P.C.

By: _____
Charles H. Fleischer, D.C. Bar No. 4341

7700 Old Georgetown Road, Suite 800
Bethesda, MD 20814
tel.: (301) 986-4056 / fax: (301) 951-0555
e-mail: cfleischer@ofqlaw.com

*Attorneys for defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Answer was served on all attorneys of record and unrepresented parties by mailing a copy of the same, first-class postage prepaid, this 15th day of November, 2005, addressed as follows:

Donald M. Temple, Esq.
1229 15th Street, N.W.
Washington, DC 20005

_____
Charles H. Fleischer

# WCA PERSONNEL REVIEW FORM

Employee: **Arminda Valles-Hall**        Date: **6/26/03**

| Rating | Degree | Description |
|---|---|---|
| 1 | UNSATISFACTORY | Not qualified to handle duties of present position. |
| 2 | MARGINAL | Performs frequently only at a minimum acceptable level of performance. |
| 3 | SATISFACTORY | Basically qualified; performing at an acceptable level. |
| 4 | ABOVE AVERAGE | Well qualified; consistently performs at above-average levels. |
| 5 | OUTSTANDING (circled) | Consistently demonstrates outstanding performance; conspicuous by her achievements. |

| Category | Description | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| **Personal Attributes** | | | | | |
| A) Attitude — Comments: | Positive outlook, constructive ideas, works well with others. | — | | | ✓ |
| B) Initiative — Comments: | Seeks out and accepts responsibility. | — | | | ✓ |
| C) Open Mindedness — Comments: | Open to new ideas, methods and situations. | — | | | ✓ |
| D) Inter-personal Communication — Comments: | Uses feeling and emotions as an integral part of communicating and in a manner which others can handle. Listens to others. | — | | | ✓ |
| E) Self Confidence — Comments: | Confident of own ability; acts decisively. | — | | | ✓ |
| F) Assertiveness — Comments: | Able to interact effectively with people in a variety of situations where conflict already exists or is created by the situation. | — | | | ✓ |
| **Job Skills** | | | | | |
| G) Job-Knowledge — Comments: *new* | Knows own job well and how it relates to the organization. | | | | |
| H) Work Habits — Comments: | Dependable, orderly, uses time effectively. | — | | | ✓ |
| I) Quality/Quantity — Comments: | Does complete job, maintaining quality and proper balance between various facets of the job. | — | | | ✓ |
| **Managerial Skills** | | | | | |
| J) Planning — Comments: | Plans realistically, short and longer range. Able to set priorities and meet goals. | | | | |
| K) DecisionMaking — Comments: | Identifies true problems, alternatives and understands their impact on the problem. | | | | |
| L) Leadership — Comments: | Makes things happen through people, in good times and bad. Respected by others. | | | | |
| M) Motivating — Comments: | Gives of self; strives to set a climate which is conducive to the growth of others. | | | | |

(Managerial Skills section crossed out with large X)

Is the employee marginal in his/her present position?   ( ) YES   (✓) NO

Additional Comments/ Recommendations: Although only two months on job taking over very well.
 — Raise to $60,000

EXHIBIT A

Supervisors Signature: _Brian Johnson_



| PERSONAL PERFORMANCE — Desirable Traits | Undesirable Traits |
|---|---|
| **Attitude** <br> a) Positive thinker; tends to resolve or bypass obstacles to achieve goals. <br> b) Willing to reach out and stretch mind; able to see "the big picture". <br> c) Willing to accept reasonable risks; willing to make mistakes in trying. <br> d) Open to critique; willing to acknowledge and learn from mistakes. <br><br> e) Is a willing and constructive team player. <br><br> f) Consistent in thoughts, words and actions. | a) Has negative attitude; tends to use obstacles as excuses for non-achievement. <br> b) Has "tunnel vision"; tends to restrict thinking and viewpoint. <br> c) Refuses to enter into competition; afraid to take risks. <br> d) Very defensive to criticism; can't or won't accept responsibility for errors; tends to blame others. <br> e) Reluctant participation in inter/intra departmental groups; may be a disruptive influence on a group. <br> f) Inconsistent; Actions do not support thoughts/beliefs. |
| **Initiative** <br> a) Willingly accepts all responsibilities of position and seeks to expand area of responsibility. <br> b) Constantly looking for ways to make the job easier and/or improve the organization's effectiveness. | a) Reluctant to accept full responsibilities of position. <br><br> b) Willing to coast; satisfied using current method to maintain the "good enough". |
| **Open Mindedness** <br> a) Willing to see the other side; reaches solutions through mutual agreement. <br> b) Easily accepts new methods and and adapts to new situations. | a) Takes fixed position on matters; unwilling to move from it or to bend. <br> b) Tends to resist changes; struggles to maintain "status quo". |
| **Inter-Personal Communication** <br> a) Achieve proper balance between the intellect and the emotions in reacting to a situation. <br> b) Maintains calmness under unusual circumstances; makes effective decisions rather than reacting. <br> c) Cares enough to confront others. | a) Unable to release/express feelings or tends to rant/rave intimidating subordinates and insulting superiors. <br> b) Has low threshold for stress; easily "comes apart at the seams"; overreacts losing effectiveness. <br> c) Avoids emotionally explosive situations. |
| **Self-Confidence** <br> a) Confident in own abilities to achieve set goals even in the face of unknown risks. <br> b) Able and willing to defend one's position with supervisors and subordinates. | a) Lacks self-confidence; feels inferior to those around him/her. <br> b) Easily swayed or influenced in one's feelings; tends to be indecisive. |
| **Assertiveness** <br> a) Willing to stand by one's statement, opinions or actions by reason of evidence, experience or conviction. <br> b) Willing to identify and attempt to change improper or undesirable behavior. <br><br> c) Helps others in the decision-making process in a positive, open and nondevious manner. | a) Easily swayed from or unwilling to actively justify one's position or actively rebut counter proposals. <br> b) Avoids conflict or resolves conflict by giving in to the popular demands even when against better judgement. <br> c) Manipulates others into decisions by use of guilt, peer pressures or other types of subterfuge. |

## ON THE JOB PERFORMANCE

| | |
|---|---|
| **Job Knowledge** <br> a) Learns quickly; easily assimilates new ideas, duties, etc. <br> b) Knows own job functions well and their relation to other departments of organization. <br> c) Stays highly informed about and cares about conditions and problems in the organization. | a) Slow to learn and understand new duties, methods, controls, etc. <br> b) Knows/relates only to specific job functions; doesn't relate to other parts of the organization. <br> c) Doesn't care about the problems of peers and organization; tends to operate in a vacuum. |
| **Work Habits** <br> a) Has orderly work habits; knows status of each job or activity. <br> b) Develops and follows logical sequences in performing various duties. <br> c) Effective; well-organized; makes good use of time. <br> d) Dependable; carries out instructions with a minimum of supervision. | a) Jumps irrationally from job to job, confused. <br> b) Starts job in the middle; does a lot of tail-chasing and wheel-spinning. <br> c) Disorganized; spends a lot of time on unimportant things. <br> d) Requires extensive supervision to carry out directions. |
| **Quality/Quantity** <br> a) Constantly striving to improve on and surpass previous methods/ accomplishments. <br> b) Strives to do a complete job even if it means less accomplished. <br> c) Able to, and is, handling the full range of job responsibilities. <br> d) Maintains proper balance between various specific job functions to maintain optimum overall achievement. <br> e) Has met or exceeded Budget level performance in specific job function. | a) Content to achieve minimum acceptable standards. <br> b) More interested in quantity of accomplishments than in the quality. <br> c) Is only performing part of the total job. <br> d) Excels in one area to detriment of total job responsibilities. <br><br> e) Has not met budget-level performance in the specific job function. |

## MANAGEMENT PERFORMANCE

| | |
|---|---|
| **Planning** <br> a) Plans with a longer range view of responsibility/ than is needed for acceptable performance. <br> b) Defines realistic objectives with reasonable levels of intermediate achievement. <br> c) Defines flexible "gameplan" with alternatives for possible major obstacles encountered. <br> d) Relates well to the details and time requirements of achieving objectives. | a) Takes a short-range view of goals/responsibilities. <br><br> b) Has difficulty defining objectives with measurable checkpoints. <br> c) Sets rigid plans with no alternatives. <br> d) Tends to oversimplify and set unrealistic deadlines. |
| **Decision Making** <br> a) Able to identify symptoms and true causes of problems. <br> b) Maintains open mind and considers all practical alternatives and their consequences. <br> c) Is willing to implement own decisions to the limits of authority and discretion. | a) Fails to use job knowledge to identify causes of problems. <br> b) Tends to make decisions without considering all practical alternatives. <br> c) Reluctant to make or implement decisions on own authority. |
| **Leadership** <br> a) Has ability to recognize critical situations in the making and acts accordingly. <br> b) Maintains effective leadership under long-term adverse conditions. <br> c) Exerts influence on people around one's self to make things happen; leads by example. | a) Does not recognize unusual or emergency situations until they become critical. <br> b) Tends to lose effectiveness over long-term adverse conditions. <br> c) Lets things happen as they will. |
| **Motivating** <br> a) Makes others feel completely free to discuss all aspects of the job. <br> b) Has good understanding of people's needs, is able to effectively communicate with them. <br> c) Uses mistakes to constructively coach, encourages risk-taking. <br> d) Views strengths/weaknesses of others realistically. <br> e) Matches delegated authority and responsibility to ability. | a) Discourages effective discussion of the job by/with others. <br> b) Lacks ability to hear and to listen to people with whom one works; unable to communicate. <br> c) Discourages risk-taking and/or fails to use mistakes constructively. <br> d) Cannot correctly identify strengths and weaknesses of others. <br> e) Places more/less authority and responsibility in others than abilities warrant. |



## WCA PERSONNEL REVIEW FORM

Employee: **Arminda Valles Hall**   Date: **7/7/04**

| Rating | Degree | Description |
|---|---|---|
| 1 | UNSATISFACTORY | Not qualified to handle duties of present position. |
| 2 | MARGINAL | Performs frequently only at a minimum acceptable level of performance. |
| 3 | SATISFACTORY | Basically qualified; performing at an acceptable level. |
| 4 | ABOVE AVERAGE | Well qualified; consistently performs at above-average levels. |
| 5 | OUTSTANDING | Consistently demonstrates outstanding performance; conspicuous by her achievements. |

| | Description | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|
| **Personal Attributes** <br> A) Attitude <br> Comments: *responds with inflamatory remarks / sometimes positive outlook, sometimes constructive ideas* | Positive outlook, constructive ideas, works well with others. | | | ✓ | | |
| B) Initiative <br> Comments: | Seeks out and accepts responsibility. | | | | ✓ | |
| C) Open Mindedness <br> Comments: *from certain people but not others* | Open to new ideas, methods and situations. | | | | ✓ | |
| D) Inter-personal Communication <br> Comments: *good with outsiders, needs work w/ staff* | Uses feeling and emotions as an integral part of communicating and in a manner which others can handle. Listens to others. | | | | ✓ | |
| E) Self Confidence <br> Comments: | Confident of own ability; acts decisively. | | | | | ✓ |
| F) Assertiveness <br> Comments: *in conflicts in the office, reactions need work* | Able to interact effectively with people in a variety of situations where conflict already exists or is created by the situation. | | | | ✓ | |
| **Job Skills** <br> G) Job-Knowledge <br> Comments: | Knows own job well and how it relates to the organization. | | | | ✓ | |
| H) Work Habits <br> Comments: *pledges to get work done in allotted time* | Dependable, orderly, uses time effectively. | | | | ✓ | |
| I) Quality/Quantity <br> Comments: *extremely good with participants* | Does complete job, maintaining quality and proper balance between various facets of the job. | | | | | ✓ |
| **Managerial Skills** <br> J) Planning <br> Comments: | Plans realistically, short and longer range. Able to set priorities and meet goals. | | | | ✓ | |
| K) Decision Making <br> Comments: | Identifies true problems, alternatives and understands their impact on the problem. | | | | ✓ | |
| L) Leadership <br> Comments: | Makes things happen through people, in good times and bad. Respected by others. | | | | ✓ | |
| M) Motivating <br> Comments: *supervising bee* | Gives of self; strives to set a climate which is conducive to the growth of others. | | | | | ✓ |

Is the employee marginal in his/her present position? ( ) YES  (✓) NO

Additional Comments/ Recommendations: *Arminda is very good with customers/consumers/people outside WCA. You need to work harder at solving problems with colleagues and refrain from telling them your judgement of them. raise to 61,800*

Supervisors Signature: **Peter Johnson**

**EXHIBIT B**

(24.)

## PERSONAL PERFORMANCE

| Desirable Traits | Undesirable Traits |
|---|---|
| **Attitude**<br>a) Positive thinker; tends to resolve or bypass obstacles to achieve goals.<br>b) Willing to reach out and stretch mind; able to see "the big picture".<br>c) Willing to accept reasonable risks; willing to make mistakes in trying.<br>d) Open to critique; willing to acknowledge and learn from mistakes.<br>e) Is a willing and constructive team player.<br>f) Consistent in thoughts, words and actions. | a) Has negative attitude; tends to use obstacles as excuses for non-achievement.<br>b) Has "tunnel vision"; tends to restrict thinking and viewpoint.<br>c) Refuses to enter into competition; afraid to take risks.<br>d) Very defensive to criticism; can't or won't accept responsibility for errors; tends to blame others.<br>e) Reluctant participation in inter/intra departmental groups; may be a disruptive influence on a group.<br>f) Inconsistent; Actions do not support thoughts/beliefs. |
| **Initiative**<br>a) Willingly accepts all responsibilities of position and seeks to expand area of responsibility.<br>b) Constantly looking for ways to make the job easier and/or improve the organization's effectiveness. | a) Reluctant to accept full responsibilities of position.<br>b) Willing to coast; satisfied using current method to maintain the "good enough". |
| **Open Mindedness**<br>a) Willing to see the other side; reaches solutions through mutual agreement.<br>b) Easily accepts new methods and and adapts to new situations. | a) Takes fixed position on matters; unwilling to move from it or to bend.<br>b) Tends to resist changes; struggles to maintain "status quo". |
| **Inter-Personal Communication**<br>a) Achieve proper balance between the intellect and the emotions in reacting to a situation.<br>b) Maintains calmness under unusual circumstances; makes effective decisions rather than reacting.<br>c) Cares enough to confront others. | a) Unable to release/express feelings or tends to rant/rave intimidating subordinates and insulting superiors.<br>b) Has low threshold for stress; easily "comes apart at the seams"; overreacts losing effectiveness.<br>c) Avoids emotionally explosive situations. |
| **Self-Confidence**<br>a) Confident in own abilities to achieve set goals even in the face of unknown risks.<br>b) Able and willing to defend one's position with supervisors and subordinates. | a) Lacks self-confidence; feels inferior to those around him/her.<br>b) Easily swayed or influenced in one's feelings; tends to be indecisive. |
| **Assertiveness**<br>a) Willing to stand by one's statement, opinions or actions by reason of evidence, experience or conviction.<br>b) Willing to identify and attempt to change improper or undesirable behavior.<br>c) Helps others in the decision-making process in a positive, open and nondevious manner. | a) Easily swayed from or unwilling to actively justify one's position or actively rebut counter proposals.<br>b) Avoids conflict or resolves conflict by giving in to the popular demands even when against better judgement.<br>c) Manipulates others into decisions by use of guilt, peer pressures or other types of subterfuge. |

## ON THE JOB PERFORMANCE

| Desirable Traits | Undesirable Traits |
|---|---|
| **Job Knowledge**<br>a) Learns quickly; easily assimilates new ideas, duties, etc.<br>b) Knows own job functions well and their relation to other departments of organization.<br>c) Stays highly informed about and cares about conditions and problems in the organization. | a) Slow to learn and understand new duties, methods, controls, etc.<br>b) Knows/relates only to specific job functions; doesn't relate to other parts of the organization.<br>c) Doesn't care about the problems of peers and organization; tends to operate in a vacuum. |
| **Work Habits**<br>a) Has orderly work habits; knows status of each job or activity.<br>b) Develops and follows logical sequences in performing various duties.<br>c) Effective; well-organized; makes good use of time.<br>d) Dependable; carries out instructions with a minimum of supervision. | a) Jumps irrationally from job to job, confused.<br>b) Starts job in the middle; does a lot of tail-chasing and wheel-spinning.<br>c) Disorganized; spends a lot of time on unimportant things.<br>d) Requires extensive supervision to carry out directions. |
| **Quality/Quantity**<br>a) Constantly striving to improve on and surpass previous methods/ accomplishments.<br>b) Strives to do a complete job even if it means less accomplished.<br>c) Able to, and is, handling the full range of job responsibilities.<br>d) Maintains proper balance between various specific job functions to maintain optimum overall achievement.<br>e) Has met or exceeded Budget level performance in specific job function. | a) Content to achieve minimum acceptable standards.<br>b) More interested in quantity of accomplishments than in the quality.<br>c) Is only performing part of the total job.<br>d) Excels in one area to detriment of total job responsibilities.<br>e) Has not met budget-level performance in the specific job function. |

## MANAGEMENT PERFORMANCE

| Desirable Traits | Undesirable Traits |
|---|---|
| **Planning**<br>a) Plans with a longer range view of responsibility/ than is needed for acceptable performance.<br>b) Defines realistic objectives with reasonable levels of intermediate achievement.<br>c) Defines flexible "gameplan" with alternatives for possible major obstacles encountered.<br>d) Relates well to the details and time requirements of achieving objectives. | a) Takes a short-range view of goals/responsibilities.<br>b) Has difficulty defining objectives with measurable checkpoints.<br>c) Sets rigid plans with no alternatives.<br>d) Tends to oversimplify and set unrealistic deadlines. |
| **Decision Making**<br>a) Able to identify symptoms and true causes of problems.<br>b) Maintains open mind and considers all practical alternatives and their consequences.<br>c) Is willing to implement own decisions to the limits of authority and discretion. | a) Fails to use job knowledge to identify causes of problems.<br>b) Tends to make decisions without considering all practical alternatives.<br>c) Reluctant to make or implement decisions on own authority. |
| **Leadership**<br>a) Has ability to recognize critical situations in the making and acts accordingly.<br>b) Maintains effective leadership under long-term adverse conditions.<br>c) Exerts influence on people around one's self to make things happen; leads by example. | a) Does not recognize unusual or emergency situations until they become critical.<br>b) Tends to lose effectiveness over long-term adverse conditions.<br>c) Lets things happen as they will. |
| **Motivating**<br>a) Makes others feel completely free to discuss all aspects of the job.<br>b) Has good understanding of people's needs, is able to effectively communicate with them.<br>c) Uses mistakes to constructively coach, encourages risk-taking.<br>d) Views strengths/weaknesses of others realistically.<br>e) Matches delegated authority and responsibility to ability. | a) Discourages effective discussion of the job by/with others.<br>b) Lacks ability to hear and to listen to people with whom one works; unable to communicate.<br>c) Discourages risk-taking and/or fails to use mistakes constructively.<br>d) Cannot correctly identify strengths and weaknesses of others.<br>e) Places more/less authority and responsibility in others than abilities warrant. |