

# Superior Court of the District of Columbia
Civil Division -- Washington, D.C. 20001
## SCHEDULING ORDER

Case Number: **2005 CA 007238 B**

**ARMINDA VALLES-HALL Vs. CENTER FOR NONPROFIT ADVANCEMENT**

This ORDER may not be modified except by leave of Court upon a showing of good cause; stipulations between counsel shall not be effective to change any deadlines in the order absent court approval. Failure to comply with all terms may result in dismissal, default judgment, refusal to let witnesses testify, refusal to admit exhibits, the assessment of costs and expenses, including attorney's fees, or other sanctions.

Date: December 9, 2005

JUDGE MELVIN R. WRIGHT

ADR Selected: Mediation ☒   Case Evaluation ☐

### Track 2 - Mediation

| | |
|---|---|
| DEADLINE FOR DISCOVERY REQUESTS | 02/07/2006 |
| EXCHANGE WITNESS LISTS | 02/07/2006 |
| PROPONENT'S RULE 26(B) (4) STATEMENT | 02/07/2006 |
| OPPONENT'S RULE 26(B) (4) STATEMENT | 03/09/2006 |
| DISCOVERY CLOSED | 04/10/2006 |
| DEADLINE FOR FILING MOTIONS | 04/24/2006 |
| DISPOSITIVE MOTIONS DECIDED | 05/23/2006 |
| ADR (MEDIATION/CASE EVALUATION) | 06/07/2006-08/07/2006 |
| PRETRIAL | (TO BE SET UPON COMPLETION OF ADR) |

(A Joint Pretrial Statement is required unless otherwise ordered by the Court.)

Please **check** names of parties for accuracy and **verify** your own **name, address and telephone number**; write any correction and initial it. Each attorney and pro se party MUST INITIAL to acknowledge receipt of this Order.

**PARTY**         **NAME / ADDRESS / BAR NUMBER**

**PLAINTIFF**   ARMINDA VALLES-HALL  107 N. Manchester Street  ARLINGTON VA 22203
                Mr DONALD M TEMPLE  1229 15TH STREET, NW  WASHINGTON DC 20006   408749

CASCHORD
12/9/2005