# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Civil Division

| | |
|---|---|
| **ARMINDA VALLES-HALL,**<br>Plaintiff<br><br>v.<br><br>**CENTER FOR NONPROFIT ADVANCEMNT,**<br>Defendant | Civil No. 05CA7238<br>Calendar Number 13<br>Judge Melvin R. Wright |

### ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO AMEND AND FOR JURY TRIAL

Upon consideration of plaintiff's Motion for Leave to Amend and for a Jury Trial defendant's opposition thereto, the record herein, and it appearing to the Court that the motion should be denied, it is this 27th day of April 2006,

ORDERED that the Motion for Leave to Amend Complaint is GRANTED; it is

FURTHER ORDERED that the Motion for Jury Trial is DENIED.[1]

_____
MELVIN R. WRIGHT, ASSOCIATE JUDGE

Copies to:

Charles H. Fleischer, Esq.
7700 Old Georgetown Road,
Suite 800
Bethesda, MD  20814

Donald M. Temple, Esq.
1229 15th Street, NW
Washington, D.C.  20005

DOCKETED In Chambers  APR 27 2006
MAILED From Chambers  APR 27 2006

RECEIVED MAY 1 2006
OPPENHEIMER, FLEISCHER & QUIGGLE



---

[1] Plaintiff has not established sufficient reasons to permit a jury demand now that discovery has closed.