# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

Civil Division

| | |
|---|---|
| **ARMINDA VALLES-HALL,** ) | |
| ) | |
| Plaintiff ) | Civil Action No. 05-7238 |
| ) | |
| ) | Judge Melvin R. Wright |
| ) | |
| **CENTER FOR NONPROFIT ADVANCEMENT,** ) | Next Court Date: 7-18-06 |
| ) | Mediation |
| Defendant ) | |



## ORDER GRANTING LEAVE TO AMENDED ANSWER

Upon consideration of the motion of defendant Center for Nonprofit Advancement for leave to file an amended answer to the complaint, and it appearing that the interests of justice will be served by granting such leave, it is, by the Court, this 27th day of April, 2006,

ORDERED, that the motion is granted and the defendant's proposed Amended Answer accompanying its motion is deemed filed as of the date of entry of this Order.

_Melvin R. Wright_
JUDGE

DOCKETED In Chambers   APR 27 2006

MAILED From Chambers   APR 2 - 2006