CO-386-online
10/03

# United States District Court
# For the District of Columbia

Arminda Valles-Hall )
)
)
vs    Plaintiff )    Civil Action No._____
)
Center for Nonprofit Advancement )
)

Defendant

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Center for Nonprofit Advancement__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Center for Nonprofit Advancement__ which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

_[signature]_
Attorney of Record
Signature

4341
BAR IDENTIFICATION NO.

Charles H. Fleischer
Print Name

7700 Old Georgetown Road, #800
Address

Bethesda, MD 20814
City    State    Zip Code

(301) 986-4056
Phone Number