IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ARMINDA VALLES-HALL | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Case No: 1:06-CV-806 CKK |
| CENTER FOR NONPROFIT ADVANCEMENT | ) ) ) ) | |
| Defendant | ) ) | |

**PLAINTIFF'S NOTICE REGARDING REMOVAL**

NOW COMES Plaintiff Arminda Valles-Hall, by and through undersigned counsel, and pursuant to this Court's Minute Order, dated May 4, 2006, and submits the following:

1.  Plaintiff filed a *Motion for Leave to Amend and for Jury Trial* ("Motion") on March 31, 2006. Plaintiff served the Motion on Defendant on the same day, via U.S. Mail.

2.  Although Plaintiff cannot speculate as to when Defendant received the Motion, Plaintiff stipulates to the fact that Defendant could not possibly have received the Motion on March 31, 2006, the day on which it was served. Further, Plaintiff submits that the earliest Defendant possibly could have received the Motion was April 3, 2006. Additionally, and in light of Defendant's recently filed *Defendant's Notice Regarding Removal*, Plaintiff has no reason to dispute Defendant's alleged receipt of the Motion on April 7, 2006.

3. For these reasons, Plaintiff does not dispute that *Defendant's Notice of Removal* was filed timely in this Court.

        Respectfully submitted,

        _____/s/_____
        Donald M. Temple [407849]
        Dhamian A. Blue [488664]
        1229 15th Street, NW.
        Washington, DC  20005
        Phone No. (202) 628-1101
        Fax No.: (202) 628-1149
        *Counsel for Plaintiff*