**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ARMINDA VALLES-HALL | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No: 1:06-CV-806 CKK |
| | ) | |
| CENTER FOR NONPROFIT ADVANCEMENT | ) | |
| | ) | |
| Defendant | ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE A MEMORANDUM
IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

NOW COMES Plaintiff Arminda Valles-Hall, by and through undersigned counsel, and files this Consent Motion for Enlargement of Time to File a Memorandum in Opposition to Defendant's Motion for Summary Judgment and Memorandum of Points and Authorities in Support Thereof ("Motion"). In support of this Motion, Plaintiff submits the following:

1.      Plaintiff originally filed this action in the Superior Court of the District of Columbia ("Superior Court") on September 8, 2005.

2.      Defendant removed this action to the United States District Court for the District of Columbia on May 2, 2006.

3.      Defendant filed a Motion for Summary Judgment on May 25, 2006.

4.      Because of both the voluminous record that has been compiled thus far in this litigation, and Plaintiffs' counsel's intense litigation schedule throughout the months of May and June, the parties have agreed, pursuant to Fed. R. Civ. P. 6(b), to

extend the time in which Plaintiff may file her opposition brief up to and until June 19, 2006.

5.      For the reasons stated herein, Plaintiff, with Defendant's consent, respectfully requests that this Court grant this Motion, thereby extending the time in which Plaintiff may file her opposition brief up to and until June 19, 2006.


Respectfully submitted,


_____/s/_____
Donald M. Temple [407849]
Dhamian A. Blue [488664]
1229 15th Street, NW.
Washington, DC  20005
Phone No. (202) 628-1101
Fax No.: (202) 628-1149
*Counsel for Plaintiff*