IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ARMINDA VALLES-HALL ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> CENTER FOR NONPROFIT ) <br> ADVANCEMENT ) <br> ) <br> Defendant ) <br> ) | Case No: 1:06-CV-806 CKK |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE
A MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT AND FOR DEFENDANT TO FILE A REPLY
TO PLAINTIFF'S OPPOSITION BRIEF AND MEMORANDUM
OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

NOW COMES Plaintiff Arminda Valles-Hall, by and through undersigned counsel, and files this Consent Motion for Enlargement of Time to File a Memorandum in Opposition to Defendant's Motion for Summary Judgment and For Defendant to File a Reply to Plaintiff's Opposition Brief and Memorandum of Points and Authorities in Support Thereof ("Motion").  In support of this Motion, Plaintiff submits the following:

1. Defendant filed a Motion for Summary Judgment on May 25, 2006.

2. On June 6, 2006, Plaintiff filed a consent motion to enlarge the time in which Plaintiff must oppose Defendant's motion for summary judgment.  This Honorable Court granted Plaintiff's motion on June 7, 2006, setting the date by which Plaintiff must oppose Defendant's motion for June 19, 2006.

3. Regrettably, Plaintiff grossly underestimated the requisite time resources needed to file an opposition to Defendant's motion in light of numerous professional and personal obligations, and has obtained Defendant's consent to an extension, wherein Plaintiff would be permitted to file her opposition brief on or before June 30, 2006.  The parties further consent to affording Defendant until July 21, 2006 to file its

reply to Plaintiff's opposition brief.

    4.    The relief requested herein is permitted under Fed. R. Civ. P. 6(b).

    5.    For the reasons stated herein, Plaintiff, with Defendant's consent, respectfully requests that this Court grant this Motion, thereby extending the time in which Plaintiff may file her opposition brief up to and until June 30, 2006. Plaintiff further requests that this Court permit Defendant up to and until July 21, 2006 to file its reply to Plaintiff's opposition brief.

Respectfully submitted,

_____/s/_____

Donald M. Temple [407849]
Dhamian A. Blue [488664]
1229 15th Street, NW.
Washington, DC 20005
Phone No. (202) 628-1101
Fax No.: (202) 628-1149
*Counsel for Plaintiff*

2