IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARMINDA VALLES-HALL ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No: 1:06-CV-806 CKK |
| ) | |
| CENTER FOR NONPROFIT ) | |
| ADVANCEMENT ) | |
| ) | |
| Defendant ) | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE
A MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION
FOR SUMMARY JUDGMENT AND FOR DEFENDANT TO FILE A REPLY
TO PLAINTIFF'S OPPOSITION BRIEF AND MEMORANDUM
OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

NOW COMES Plaintiff Arminda Valles-Hall, by and through undersigned counsel, and files this Consent Motion for Enlargement of Time to File a Memorandum in Opposition to Defendant's Motion for Summary Judgment and For Defendant to File a Reply to Plaintiff's Opposition Brief and Memorandum of Points and Authorities in Support Thereof ("Motion"). In support of this Motion, Plaintiff submits the following:

1. Defendant filed a Motion for Summary Judgment on May 25, 2006.

2. Plaintiff's Opposition to Defendant's Motion to for Summary Judgment is due on June 30, 2006 consistent with this court's order.

3. Counsel for Plaintiff has been in the process of preparing its response, but encountered two specific problems; first, there was a problem securing Plaintiff's deposition transcripts and  second, lead counsel had a family medical emergency,

which required the undersigned to travel to Philadelphia, Pennsylvania impeding and precluding counsel from working on the motion.

  4  Wherein Plaintiff would be permitted to file her opposition brief on or before July 14, 2006.  The parties further consent to affording Defendant up to and until August 10, before July 14, 2006 to file its reply to Plaintiff's opposition brief.

  4.  The relief requested herein is permitted under Fed. R. Civ. P. 6(b).

  5.  For the reasons stated herein, Plaintiff, with Defendant's consent, respectfully requests that this Court grant this Motion, thereby extending the time in which Plaintiff may file her opposition brief up to and until July 14, 2006.  The Parties further requests that this Court permit Defendant up to and until August 10, 2006 to file its reply to Plaintiff's opposition brief.

              Respectfully submitted,

              _____/s/_____
              Donald M. Temple [407849]
              Dhamian A. Blue [488664]
              1229 15th Street, NW.
              Washington, DC  20005
              Phone No. (202) 628-1101
              Fax No.: (202) 628-1149
              *Counsel for Plaintiff*