UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Arminda Valles-Hall** | : | |
| Plaintiff, | : | Civil Action No.: 1:06-cv-00806 |
| v. | : | |
| **Center for Nonprofit Advancement, et al.** | : | |
| Defendant. | : | |

### ERRATA SHEET

Attached is a copy of Plaintiff's exhibits in support of Plaintiff's opposition titled, "Plaintiff Arminda Valles-Hall's Memorandum of Law in Opposition to Defendant Center For NonProfit Advancement's Motion for Summary Judgment"  The opposition was filed on July 14, 2006, but the exhibits were omitted from Plaintiff's opposition and not filed due to technical scanning problems.

Respectfully submitted,

/s/
Donald M. Temple, Esq.
Temple Law Offices
1229 15th Street, NW,
Washington, D.C. 20005
(202) 628-1101

**Attorney for Plaintiff**