UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARMINDA VALLES-HALL,** )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>**CENTER FOR NONPROFIT ADVANCEMENT,** )<br>)<br>Defendant ) | Case No. 1:06 CV 806 CKK |

**DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant Center for Nonprofit Advancement calls the Court's attention to *Jordan v. Alternative Resources Corp.*, __ F.3d __, 2006 WL 2337333 (4th Cir. 2006) (on panel rehearing), issued after the Center's pending motion for summary judgment was fully briefed.  The Center believes that *Jordan*, an employment retaliation case, is significant because it was decided after, and it expressly considers, *Burlington Northern & Santa Fe Ry. Co. v. White*, 126 S.Ct. 2405 (2006).

        Respectfully submitted,

        OPPENHEIMER, FLEISCHER & QUIGGLE, P.C.


        By   /s/ Charles H. Fleischer
            Charles H. Fleischer, D.C. Bar No. 4341

7700 Old Georgetown Road, Suite 800
Bethesda, MD 20814
tel.: (301) 986-4056 / fax: (301) 951-0555
e-mail: cfleischer@ofqlaw.com

*Attorneys for defendant*