84

1 Arminda would be -- her key faub would be, what do you
2 call it, not deleted, but disarmed and that she would be
3 locked out of the computer for the weekend.

4     Q         So this was on Friday?
5     A         Yes.
6     Q         Did she tell you why?
7     A         She said that Arminda became
8 fairly angry and yelled at mediation and our counsel
9 advised us to --
10            MR. FLEISCHER: Um --
11            THE WITNESS: Okay. Sorry.
12            MR. FLEISCHER: Do not relate any advice
13 that you heard about from Counsel.
14            THE WITNESS: Okay.
15            MR. FLEISCHER: Answer the question as
16 best you can without doing that, please.
17            THE WITNESS: Can you repeat the
18 question.
19            BY MR. BLUE:
20     Q         Um, why did Ms. Johnson tell you
21 that she was restricting her building access?
22            MR. FLEISCHER: Can you answer the
23 question without relating advice from counsel?

| | | |
|---|---|---|
| 1 | | THE WITNESS:  No, I can not. |
| 2 | | MR. FLEISCHER:  Please don't answer. |
| 3 | | BY MR. BLUE: |
| 4 | Q | Were you aware that a picture of |

5 Ms. Valles-Hall had been sent down to security either
6 over the weekend or that Monday?

| | | |
|---|---|---|
| 7 | A | Yes. |
| 8 | Q | How did you become aware of that? |
| 9 | A | I was inform by Barbara. |
| 10 | Q | Do you know whose idea it was? |
| 11 | A | No. |
| 12 | Q | When did Barbara tell you? |
| 13 | A | I think on Saturday. |
| 14 | Q | Is that Barbara Mendoza? |
| 15 | A | Yes. |
| 16 | Q | Were you aware that Ms. |

17 Valles-Hall's phone and voice mail access was restricted
18 as of that Friday?

| | | |
|---|---|---|
| 19 | A | Yes. |
| 20 | Q | How did you become aware of that? |
| 21 | A | Betsy Johnson called me and told |

22 me.

| | | |
|---|---|---|
| 23 | Q | When did she do that? |

SHARON L. BANKS REPORTING
P.O. Box 44773
Fort Washington, Maryland  20744
(301) 372-6922