UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARMINDA VALLES-HALL,<br><br>    Plaintiff,<br><br>    v.<br><br>CENTER FOR NONPROFIT ADVANCEMENT,<br><br>    Defendant. | Civil Action No. 06-806 (CKK) |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is, this 12th day of March, 2007, hereby

**ORDERED** that [9] Defendant's Motion for Summary Judgment is GRANTED in its entirety; it is also

**ORDERED** that the instant case is DISMISSED in its entirety.

**SO ORDERED**.

*This is a final, appealable order.*

                              /s/
                              COLLEEN KOLLAR-KOTELLY
                              United States District Judge