# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**:**

**Arminda Valles-Hall**

    **Plaintiff,**                       **:**        **Civil Action No.: 1:06-cv-00806 (CKK)**

    **v.**                               **:**

                                     **:**

**Center for Nonprofit Advancement, et al.**

    **Defendant.**                     **:**

## <u>NOTICE OF APPEAL</u>

    Notice is hereby given that Plaintiff in the above case hereby appeal to the United States Court of Appeals for the District of Columbia from the order of the District Court entered in this action on March 12, 2007 granting Defendant's Motion for Summary Judgment.

                               Respectfully submitted,

                                       /s/

                                   Donald M. Temple, Esq.
                                   Temple Law Offices
                                   1229 15th Street, NW,
                                   Washington, D.C. 20005
                                   (202) 628-1101

                                   **Attorney for Plaintiff**